# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Marcus Reshawn Singleton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00186-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Buncombe County Sheriff's | ) | |
| Department, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 2, 2023 Order.

October 2, 2023

_Katherine Hord Simon_

Katherine Hord Simon, Clerk
United States District Court